| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Sharpe, Gary L. | 2. Court or Organization<br><br>U.S. District Court, NDNY | 3. Date of Report<br><br>05/07/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>James T. Foley Courthouse<br>445 Broadway<br>Albany, New York 12207 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY 13 P 4: 02 RECEIVED

Sharpe, Gary L.

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Realty USA - Independent Contractor - Commissions |
| 2. | 2009 | Real Estate Professional - Rental Property |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Merrill Lynch | Mortgage on income property | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Merrill Lynch (IRA #1) | A | Dividend | | | Closed | 04/20/09 | K | A | |
| 2. Merrill Lynch (IRA #2) | A | Dividend | | | Closed | 04/20/09 | M | A | |
| 3. New York College Tuition Savings # 1 (529) | A | Dividend | J | T | Buy | 01/01/09 | J | | |
| 4. | | | | | Buy (add'l) | 02/01/09 | J | | |
| 5. | | | | | Buy (add'l) | 03/01/09 | J | | |
| 6. | | | | | Buy (add'l) | 04/01/09 | J | | |
| 7. | | | | | Buy (add'l) | 05/01/09 | J | | |
| 8. | | | | | Buy (add'l) | 06/01/09 | J | | |
| 9. | | | | | Buy (add'l) | 07/01/09 | J | | |
| 10. | | | | | Buy (add'l) | 08/01/09 | J | | |
| 11. | | | | | Buy (add'l) | 09/01/09 | J | | |
| 12. | | | | | Buy (add'l) | 10/01/09 | J | | |
| 13. | | | | | Buy (add'l) | 11/01/09 | J | | |
| 14. | | | | | Buy (add'l) | 12/01/09 | J | | |
| 15. New York College Tuition Savings #2 (529) | A | Dividend | J | T | Buy | 01/01/09 | J | | |
| 16. | | | | | Buy (add'l) | 02/01/09 | J | | |
| 17. | | | | | Buy (add'l) | 03/01/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Buy (add'l) | 04/01/09 | J | | |
| 19. | | | | | Buy (add'l) | 05/01/09 | J | | |
| 20. | | | | | Buy (add'l) | 06/01/09 | J | | |
| 21. | | | | | Buy (add'l) | 07/01/09 | J | | |
| 22. | | | | | Buy (add'l) | 08/01/09 | J | | |
| 23. | | | | | Buy (add'l) | 09/01/09 | J | | |
| 24. | | | | | Buy (add'l) | 10/01/09 | J | | |
| 25. | | | | | Buy (add'l) | 11/01/09 | J | | |
| 26. | | | | | Buy (add'l) | 12/01/09 | J | | |
| 27. Merrill Lynch (IRA # 3) | A | Dividend | | | Closed | 04/20/09 | L | A | |
| 28. Merrill Lynch(IRA #4) | A | Dividend | | | Closed | 04/20/09 | M | A | |
| 29. Excel Securities IRA # 1 | A | Dividend | K | T | Open | 04/21/09 | K | | |
| 30. -Aim Energy Fund Class A ("IENAX") | | | | | Buy | 04/21/09 | J | | |
| 31. | | | | | Sold | 09/16/09 | J | A | |
| 32. -Ing Russia Fund Class A ("LETRX") | | | | | Buy | 04/21/09 | J | | |
| 33. | | | | | Sold | 09/16/09 | J | A | |
| 34. -Oppenheimer Gold & Special Minerals Class A ("OPGSX") | | | | | Buy | 04/21/09 | J | | |

1 Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 09/16/09 | J | A | |
| 36. -Oppenheimer Developing Markets Class A ("ODMAX") | | | | | Buy | 04/21/09 | J | | |
| 37. | | | | | Sold | 09/16/09 | J | A | |
| 38. -Thornburg International Value Fund Class I ("TGVIX") | | | | | Buy | 04/21/09 | J | | |
| 39. | | | | | Sold | 09/16/09 | J | A | |
| 40. -Columbia Technology Fund Class Z ("CMTFX") | | | | | Buy | 07/28/09 | J | | |
| 41. | | | | | Sold | 09/16/09 | J | A | |
| 42. -John Hancock U.S. Global Leaders GrowFund Class A | | | | | Buy | 07/28/09 | J | | |
| 43. -Direxion Commodity Bull 2X Fund ("DXCLX") | | | | | Buy | 05/03/09 | J | | |
| 44. -Petroleo Brasileiro Petrobas ADR Common ("PBR") | | | | | Buy | 10/02/09 | J | | |
| 45. Excel Securities IRA #2 | F | Dividend | O | T | Open | 04/21/09 | O | | |
| 46. -Apple Inc Common ("AAPL") | | | | | Buy | 04/21/09 | J | | |
| 47. -Celgene Corp Common | | | | | Buy | 04/21/09 | J | | |
| 48. -Freddie Mac Common ("FRE") | | | | | Buy | 04/21/09 | J | | |
| 49. | | | | | Sold | 07/16/09 | J | A | |
| 50. -Hana Biosciences Inc Common ("HUM") | | | | | Buy | 04/21/09 | J | | |
| 51. | | | | | Sold | 07/16/09 | J | A | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Research in Motion LTD Common ("RIMM") | | | | | Buy | 04/21/09 | J | | |
| 53. -Southwestern Energy Co Common ("SWN") | | | | | Buy | 04/21/09 | J | | |
| 54. -United STS STL Corp New Common ("X") | | | | | Buy | 04/21/09 | J | | |
| 55. -Yum Brands Inc Common | | | | | Buy | 07/16/09 | J | | |
| 56. | | | | | Sold (part) | 09/21/09 | J | A | |
| 57. | | | | | Sold | 09/29/09 | J | A | |
| 58. -Peabody Energy Corp Common | | | | | Buy | 07/16/09 | J | | |
| 59. -Cosan Ltd Shs A ("CZZ") Common | | | | | Buy | 12/11/09 | J | | |
| 60. -Chesapeake Energy Corp ("CHK") Common | | | | | Buy | 12/11/09 | K | | |
| 61. -Vale SA ADR ("Vale") Common | | | | | Buy | 12/11/09 | J | | |
| 62. -Humana Inc. ("Hum") | | | | | | | | | |
| 63. -Aberdeen Small Cap Fund Class A ("GSXAX") | | | | | Buy | 04/22/09 | K | | |
| 64. | | | | | Sold (part) | 10/22/09 | J | A | |
| 65. | | | | | Sold (part) | 12/18/09 | J | A | |
| 66. -Ager Health Sciences Fund (AHSAX") | | | | | Buy | 04/22/09 | K | | |
| 67. | | | | | Sold (part) | 10/06/09 | J | A | |
| 68. | | | | | Sold (part) | 10/22/09 | J | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/11/09 | K | A | |
| 70. -Baron Partners Fund ("BPTRX") | | | | | Buy | 04/22/09 | K | | |
| 71. | | | | | Sold (part) | 10/22/09 | J | A | |
| 72. | | | | | Sold (part) | 12/18/09 | J | A | |
| 73. -Columbia Technology Fund ("CMTFX") | | | | | Buy | 04/22/09 | J | | |
| 74. | | | | | Buy | 07/28/09 | J | | |
| 75. | | | | | Sold (part) | 12/18/09 | J | A | |
| 76. -Delaware Investments Diversified Income ("DPDFX") | | | | | Buy | 04/22/09 | K | | |
| 77. | | | | | Sold (part) | 10/22/09 | J | A | |
| 78. | | | | | Sold | 12/11/09 | K | A | |
| 79. -Eaton Vance Tax Managed Small-Cap ("ETMGX") | | | | | Buy | 04/22/09 | L | | |
| 80. | | | | | Sold (part) | 10/22/09 | J | A | |
| 81 | | | | | Sold (part) | 12/18/09 | J | A | |
| 82. -Gabelli Enterprise Mergers & Acquisitions Fd Cl A ("EMAAX") | | | | | Buy | 04/22/09 | J | | |
| 83. | | | | | Sold (part) | 10/22/09 | J | A | |
| 84. | | | | | Sold (part) | 12/18/09 | J | A | |
| 85. -John Hancock U.S. Global Leaders Growth Fund Class A | | | | | Buy | 04/22/09 | K | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -John Hancock Large Cap Equity Fund Class A ("JTHAX") | | | | | Buy | 04/22/09 | K | | |
| 87. | | | | | Buy | 07/28/09 | J | | |
| 88. | | | | | Sold (part) | 10/22/09 | J | A | |
| 89. -Hartford Capital Appreciation Fund Class A | | | | | Buy | 04/22/09 | K | | |
| 90. | | | | | Sold (part) | 10/22/09 | J | A | |
| 91. | | | | | Sold (part) | 12/18/09 | J | A | |
| 92. -Openheimer INTL Bond Class A ("OIBAX") | | | | | Buy | 04/22/09 | J | | |
| 93. | | | | | Sold (part) | 10/22/09 | J | A | |
| 94. | | | | | Sold | 11/05/09 | J | A | |
| 95. -Oppenheimer Gold & Special Minerals ("OPGSX") | | | | | Buy | 04/22/09 | J | | |
| 96. | | | | | Sold (part) | 10/22/09 | J | A | |
| 97. -Oppenheimer Developing Markets Class A ("ODMAX") | | | | | Buy | 04/22/09 | L | | |
| 98. | | | | | Sold (part) | 10/22/09 | J | A | |
| 99. -Pimco Total Return Class A ("PTTAX") | | | | | Buy | 04/22/09 | K | | |
| 100. | | | | | Sold (part) | 10/22/09 | J | A | |
| 101. | | | | | Sold (part) | 12/18/09 | J | A | |
| 102. -RS Value Fund Class A ("RSVAX") | | | | | Buy | 04/22/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Proshares Ulta FINLS (UYG") | | | | | Buy | 04/22/09 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | H =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sharpe, Gary L. | 05/07/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544